AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
# Western District of Texas

**FILED**
AUG 1 5 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

JULIO C. PENA LABALLE,
   Plaintiff,

v.

LOUISIANA CRANE & CONSTRUCTION, LLC
and EDWARD VIESCA
   Defendant,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: DR-16-CV-009-AM/VRG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

IT IS THEREFORE ORDERED that the unopposed motion to dismiss (ECF No. 56) is GRANTED and that the Plaintiff's claims asserted in this suit against the Defendants are DISMISSED WITH PREJUDICE as set forth in the unopposed motion. Each party shall bear its own costs and fees. IT IS FURTHER ORDERED that all motions pending in the instant action (ECF No. 52) be DENIED as moot. as signed by Judge Alia Moses.

August 15, 2017
Date

Jeannette J. Clack
Clerk

_____
(By) Deputy Clerk